# United States District Court
Eastern District of Kentucky
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Mark F. Armstrong
Chief Deputy Clerk



P.O. Box 3074
Lexington, KY
40588-3074

859-233-2503

April 15, 2008

Honorable J. Michael McMahon
Clerk, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    Commonwealth of Kentucky, et al v. Purdue Pharma, L.P., et al
             Our Case No. E.D. Kentucky, 7:07-cv-222-ART
             Your Case No. 08-cv-3380
             MDL No. 1603

Dear Clerk of Court:

       The above-styled action is being transferred to your district pursuant to an Order filed April 10, 2008.

       Enclosed please find a certified copy of the docket sheet, a certified copy of the order of transfer, and any other original pleadings maintained by this Court.

       Please acknowledge receipt on the attached copy of this letter of transmittal.

                     Sincerely,

                     LESLIE G. WHITMER

                 BY:   s/ Tara D. Adkins D.C.
                        Deputy Clerk

Enclosure
cc: all counsel

| Date of Receipt: | Your Case Number: |
|---|---|
|  |  |